WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED'05 MAY 31 11:51 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**JOHN CAMPBELL,**                                             CV # 04-836-ST

    Plaintiff,

vs.                                                                        ORDER

**COMMISSIONER of Social Security,**

    Defendant.

Attorney fees in the amount of $4,300.00 and expenses in the amount of $14.64 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $162.40 are awarded pursuant to 28 U.S.C. § 1920.

DATED this 31 day of May, 2005.

_____
United States District / Magistrate Judge

Submitted on May 25, 2005 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1

John Campbell
CIVIL ACTION NO. 04-836-ST

Federal Court Expenses:

    Service postage for Complaint, Summons .......................... $14.64

Total Expenses: **$14.64.**

Federal Court Costs:

    Federal Court Filing Fee ..................................... $150.00

    Copy costs for Plaintiff's Federal Court Complaint and Supporting
        Documents ......................................... $7.00

    Copy costs for Plaintiff's Opening Brief ........................... $5.40

Total Costs: **$162.40.**

SCHEDULE A - page 1

Attachment to court ORDER