FILED'08 SEP 25 14:09USDC-ORP

WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff


### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON


**JOHN CAMPBELL,**                                          CV 04-836-ST

     Plaintiff,

vs.                                                         ORDER

**COMMISSIONER of Social Security,**

     Defendant.

---

     Attorney fees in the amount of $14,811.00 are hereby awarded to Plaintiff's attorney pursuant

to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded

$4,300.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing

the § 406(b) check, the agency is directed to subtract the amount previously awarded under the

EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of

$10,511.00, minus any user fee. Any amount withheld (including the EAJA fee offset) after all

administrative and court attorneys fees are paid should be released to the claimant.

     DATED this **25** day of **Sept**, 2008.

                                                          
United States District / Magistrate Judge

Presented by:
/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff


ORDER - Page 1